# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America v. **PAZ LUCAS SERRANO-COVARRUBIAS** DOB: xx-xx-1979; Mexican Citizen | DOCKET NO. <br><br>MAGISTRATE CASE NO. <br>**09-05224M** |

FILED / LODGED
RECEIVED / COPY
OCT 14 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**VICTIM**

**Complaint for violation of Title 18**      **United States Code § 111(a)(1)**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 13, 2009, at or near Nogales, in the District of Arizona, **PAZ LUCAS SERRANO-COVARRUBIAS**, did forcibly assault, resist, oppose, impede, intimidate and interfere with Customs and Border Protection (CBP) Officer **Daniel Chaves**, an officer of the United States, Department of Homeland Security, while said officer was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about October 13, 2009, **PAZ LUCAS SERRANO-COVARRUBIAS** was walking southbound towards Mexico at the Mariposa Port of Entry in Nogales, Arizona. **SERRANO-COVARRUBIAS** was approached by Customs and Border Protection (CBP) Officer Daniel Chaves and asked for identification. **SERRANO-COVARRUBIAS** stated that he did not have any ID or documentation to be legally in the United States. Officer Chaves then attempted to detain **SERRANO-COVARRUBIAS** by placing his hand on **SERRANO-COVARRUBIAS'** arm to turn him around. At this time **SERRANO-COVARRUBIAS** physically engaged Officer Chaves by placing one hand on the officer's shotgun that was slung across the officer's chest and the other hand on the officer's neck. Officer Chaves immediately escorted **SERRANO-COVARRUBIAS** to the ground where **SERRANO-COVARRUBIAS** continued to resist until handcuffed.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED <br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br>CMT/rsh <br>Authorized by AUSA: _____ | SIGNATURE OF COMPLAINANT <br>(official title) _____ <br><br>OFFICIAL TITLE Special Agent <br>Immigration and Customs Enforcement |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE [1] | DATE <br>October 14, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54